UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

# MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

CHARLES CARROLL

MAGISTRATE JUDGE: James B. Clark, III.

MAGISTRATE NO.: 15-3287

DATE OF PROCEEDINGS: November 20, 2015

DATE OF ARREST: 11/20/2015

PROCEEDINGS: Rule 5 - Initial Appearance

( ) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(✓) APPT. OF COUNSEL: ✓ AFPD __ CJA
( ) WAIVER OF HRG.: __ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
(✓) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER ______

(✓) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: ______
( ) TRAVEL RESTRICTED ______
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH EVALUATION AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG. DATE: ______
( ) DETENTION / BAIL HRG. DATE: ______
( ) TRIAL: __ COURT __ JURY DATE: ______
( ) SENTENCING DATE: ______
( ) OTHER: ______ DATE: ______

APPEARANCES:

AUSA Justin Herring, AUSA

DEFT. COUNSEL John Yauch, AFPD

PROBATION ______

INTERPRETER ______
Language: ( )

Time Commenced: 3:00pm
Time Terminated: 3:05pm
CD No: ECR

Marquis Whitney
DEPUTY CLERK